FILED 05 NOV '24 15:26 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MELVIN ISAID MIRALDA-CRUZ,**<br>and<br>**PABLO MARIN AGUILERA,**<br><br>Defendants. | 3:24-cr-00413-IM<br><br>**INDICTMENT**<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846<br><br>**Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute and Possess with Intent to Distribute a**
**Controlled Substance - Fentanyl)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846)**

Beginning on or about a date unknown to the Grand Jury and continuing until on or about October 29, 2024, within the District of Oregon and elsewhere, defendants **MELVIN ISAID MIRALDA-CRUZ** and **PABLO MARIN AGUILERA** did knowingly and intentionally combine, conspire, confederate, and agree with each other, as well as others both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

/ / /

## COUNT 2
### (Possession with Intent to Distribute a Controlled Substance - Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about October 29, 2024, within the District of Oregon, defendants **MELVIN ISAID MIRALDA-CRUZ** and **PABLO MARIN AGUILERA** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of an offense in Counts 1 and 2, defendants **MELVIN ISAID MIRALDA-CRUZ** and **PABLO MARIN AGUILERA** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: November 5, 2024.                          A TRUE BILL.

                                                  OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney